UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| KOVALICK, WILLIAM C | ) | Case No. 09-00338-PHX SSC |
| KOVALICK, AMY M | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| WATSON, AMY | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DALE D ULRICH, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 110 | 1/8/2010 | Pavilion at Arrowhead<br>PO Box 312125<br>Atlanta, GA 31131 | $66.65 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 66.65 to the Clerk of the Court to be deposited in the Registry thereof.

    April 19, 2010                          /s/   DALE D ULRICH
         DATE                                 DALE D ULRICH, TRUSTEE